**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **AICHER STEEL AMERICAS, INC.,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | **CIVIL CASE NO.: 1:26-cv-3202** |
| -against- | : | |
| | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY,** | : | **COMPLAINT** |
| | : | **WITH JURY DEMAND** |
| *Defendant.* | : | |
| | : | |

Plaintiff, Aicher Steel Americas, Inc. ("ASA"), by way of complaint against defendant,

Liberty Mutual Insurance Company ("Liberty"), hereby states as follows:

## THE PARTIES

1.     ASA is a Delaware Corporation with its principal place of business located at 440

Eagle Rock Avenue, Roseland, NJ 07068.

2.     Liberty is a Massachusetts Corporation with its principal place of business located

at 175 Berkeley Street, Boston, MA 02116.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this matter, pursuant to 28 U.S.C.

§ 1332.

4.     Venue is proper in this District pursuant to Paragraph 2.2.3 of the Payment Bond

because the Project is located in Manhattan, New York, which lies within the Southern District

of New York.

**FACTS**

5.      Suffolk Construction Company, Inc. ("Suffolk") and Trident General Contracting, LLC ("Trident") entered into a Subcontract Agreement ("Subcontract") for the construction of a project located at 1800-00 520 5th Avenue Superstructure, New York, New York 10036 ("Project").

6.      Pursuant to the Subcontract, Trident obtained a payment bond from Liberty for the Subcontract amount of $46,700,000.00 with Bond No.: 015213644 ("Bond").

7.      ASA is a supplier of hot rolled steel bars products ("rebar").

8.      Trident is a general contractor that uses rebar for its work on foundations and superstructures.

9.      Starting on or about July 28, 2022, Trident placed multiple orders for rebar from ASA for the Project.

10.     Orders were placed using an ASA Sales Proposal.

11.     ASA's Sales Proposal provided that "All sales are subject to Aicher Steel Americas, Inc. 'General Terms and Conditions' which are attached hereto.  No other terms shall apply unless agreed to in writing by Aicher Steel Americas, Inc. and Buyer prior to processing of Order."

12.     For the transactions between ASA and Trident, there were no other terms in writing.

13.     Trident, however, failed to timely pay ASA for 54 orders.

14.     ASA made its last delivery of materials to Trident at the Project on April 1, 2024.

15.     As a result, on May 3, 2024, ASA sent a letter to Trident, Liberty and Suffolk

putting all parties on notice of a claim against the Bond arising from Trident's non-payment under the Agreements ("Claim").

16.     Liberty made a partial payment to ASA in the amount of $160,632.65 in connection with ASA's bond claim.

17.     In connection with the payment of $160,632.65, ASA executed a limited partial release, which expressly preserved ASA's claims for unpaid amounts, including the balance sought in this action.

18.     The claims asserted herein are not released and remain due and owing.

19.     ASA, therefore, submitted a Supplemental Bond Claim in the amount of $156,944.06 which Liberty disputes.

20.     In an effort to avoid litigation and attempt to resolve this dispute, ASA and Liberty entered into a Tolling Agreement in order to toll ASA's time to commence an action against Liberty under the Bond for the period of time from April 3, 2025 to April 3, 2026.

21.     Because the dispute could not be resolved, the Tolling Agreement was terminated, but thereafter, the time for ASA to commence suit against Liberty was extended multiple times while the parties attempted again to resolve the dispute.

22.     By email dated March 26, 2026, Liberty agreed to an extension of the tolling agreement through April 30, 2026.

23.     The Tolling Agreement and subsequent extensions are valid and enforceable and operated to preserve ASA's claims under the Bond.

24.     The dispute could not be resolved and ASA is still owed $156,944.06 plus accruing interest from Trident and is seeking said money through the Bond issued by Liberty.

## FIRST COUNT
## (CLAIM ON PAYMENT BOND)

25.    ASA repeats and realleges each and every allegation contained herein.

26.    ASA is a 'Claimant' within the meaning of the Bond because it entered into a direct contract with Trident, the Principal, to supply materials for the Project.

27.    All materials supplied by ASA were furnished for and incorporated into the Project in connection with the Subcontract work covered by the Bond.

28.    This action is timely under the terms of the Bond, as modified by the Tolling Agreement and extensions of same.

29.    ASA has satisfied, performed, or has been excused from all conditions precedent to recovery under the Bond, including all applicable notice requirements.

30.    The total claim of ASA under the Bond is $156,944.06 (exclusive of all additional costs, expenses, attorney's fees, and other damages, both liquidated and unliquidated).

31.    Liberty has failed and refused to make payment to ASA for ASA's claim under the Bond.

32.    Liberty materially breached its obligations to ASA under the Bond.

33.    By reason of the foregoing, Liberty damaged ASA in a sum to be determined at trial, but in no event less than $156,944.06 plus accrued interest, foreseeable consequential damages, and attorneys' fees to the extent permitted by law and/or the Bond.

**WHEREFORE**, ASA demands judgment against Liberty for compensatory damages of at least $156,944.06 plus accrued interest, foreseeable consequential damages, and attorneys' fees to the extent permitted by law and/or the Bond and for such other and further relief as the Court

deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff, Aicher Steel

Americas, Inc., hereby demands a trial by jury on all issues so triable of right.


Bialkowski Law, LLC
Attorneys for Plaintiff,

*Stephen Bialkowski*

DATED: April 20, 2026

_____
By: Stephen Bialkowski, Esq.
Bar No.: 2175289
Attorney for Plaintiff
Aicher Steel Americas, Inc.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 859-3460
Stephen@ny-njlaw.com