UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
Aicher Steel Americas, Inc.                                 :        26   -CV- 3202    (DEH)
                                                            :
                          Plaintiff,                        :
                                                            :
            v.                                              :        ORDER OF REFERENCE
                                                            :        TO A MAGISTRATE JUDGE
                                                            :
Liberty Mutual Insurance Company                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X

DALE E. HO, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☑ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

    SO ORDERED.

Dated: April 23, 2026
      New York, New York

_____
DALE E. HO
United States District Judge