UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AICHER STEEL AMERICAS, INC.,

                            Plaintiff,                **RULE 7.1 STATEMENT**

    - against -                        Case No.: 26-cv-3202-DEH-RFT

LIBERTY MUTUAL INSURANCE
COMPANY,

                            Defendant.
-----------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for the defendant, **LIBERTY MUTUAL INSURANCE COMPANY,** a private non-governmental party, certifies the following:

**Part I:**

1.    Liberty Mutual Holding Company Inc. owns 100% of the equity of LMHC Massachusetts Holdings Inc.

2.    LMHC Massachusetts Holdings Inc. owns 100% of the equity of Liberty Mutual Group Inc.

3.    Liberty Mutual Group Inc. owns 100% of the equity of Liberty Mutual Insurance Company.

**Part II:**

4.    Liberty Mutual Insurance Company is a corporation organized and existing pursuant to the laws of the Commonwealth of Massachusetts, with its principal place of business in Boston, Massachusetts.

Dated: May 18, 2026

         **CHIESA SHAHINIAN & GIANTOMASI PC**
         Attorneys for Defendant
         *Liberty Mutual Insurance Company*


         By:    */s Adam P. Friedman*
             Adam P. Friedman

         11 Times Square, 34th Floor
         New York, New York 10036
         (212) 973-0572

2